**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAXON ENERGY, LLC,** | * | |
| | * | |
| **Plaintiff** | * | **CASE NO.: 1:19-CV-00552-B** |
| | * | |
| **v.** | * | |
| | * | |
| **HARGROVE AND ASSOCIATES, INC.,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come all parties to this litigation, who represent that all claims in the above entitled and numbered cause have been fully compromised and settled, and jointly move that the case be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

*/s/ Allen E. Graham*
ALLEN E. GRAHAM
LOREN A. RAFFERTY
Attorneys for Defendant/Counterclaim Plaintiff, Hargrove and Associates, Inc.

OF COUNSEL:
**PHELPS DUNBAR, LLP**
Post Office Box 2727
Mobile, Alabama 36652
251-432-4481
teeto.graham@phelps.com
loren.rafferty@phelps.com

*/s/ Caroline T. Pryor (by permission)*
CAROLINE T. PRYOR
E. GLENN SMITH, JR.
Attorneys for Plaintiff/Counterclaim Defendant Jaxon Energy, LLC

PD.27543708.1

OF COUNSEL:
**CARR ALLISON**
6251 Monroe Street, Suite 200
Daphne, AL 36526
cpryor@carrallison.com
gsmith@carrallison.com

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that I have on December 26, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will serve electronic notifications of such filing to the following:

Caroline T. Pryor
E. Glenn Smith, Jr.
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, AL 36526
cpryor@carrallison.com
gsmith@carrallison.com

*/s/ Allen E. Graham*
ALLEN E. GRAHAM

PD.27543708.1